FILED
Asheville
Apr 16 2021
U.S. District Court
Western District of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA

v.

PATRICK RYAN POTEAT

Case No: 1:21-MJ-25-WCM

**UNDER SEAL**

### ORDER SEALING COMPLAINT, AFFIDAVIT, ARREST WARRANT AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed to prevent the premature disclosure of Patrick Ryan POTEAT's upcoming federal arrest that may place the lives of investigators, given threats POTEAT already made, in danger until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to AUSA Thomas Kent at thomas.kent@usdoj.gov).

SO ORDERED this 16th day of April 2021.

Signed: April 16, 2021

W. Carleton Metcalf
United States Magistrate Judge